UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

American Food Systems, Inc. et al

    Plaintiffs

  v.                                                                             Civil Action No. 1:20-11497-RGS

Fireman's Fund Insurance Company et al

    Defendants

ORDER OF DISMISSAL

January 11, 2020

STEARNS, D.J.

    In accordance with the court's Electronic Order [Dkt # 19] issued on January 11, 2020, it is ORDERED that the above-entitled action be, and hereby is, dismissed.

By the court,

/s/ Arnold Pacho
Deputy Clerk