UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

American Food Systems, Inc. et al.,
    Plaintiffs

    v.                            CIVIL ACTION 1:20-11497-RGS

Fireman's Fund Insurance Company and
Allianz Global Risks United States
Insurance Company
    Defendants

JUDGMENT

STEARNS, D.J.

    In accordance with the court's Memorandum and Order issued on March 24, 2021, granting defendants' Motion to Dismiss, it is hereby ORDERED:

    Judgment entered for the defendants.

|  |  |
|---|---|
| March 24, 2021 | By the court, |
| DATE | /s/ Timothy Maynard |
|  | Courtroom Clerk |