UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 1:20-cv-11497-RGS

| | |
|---|---|
| AMERICAN FOOD SYSTEMS, INC., a Massachusetts Corporation, KARAPATSAS HOLDINGS CO., INC., a Massachusetts Corporation, OLD ANDOVER RESTAURANT, INC. d/b/a GRASSFIELD'S FOOD & SPIRIT, a Massachusetts Corporation, OLD WALTHAM RESTAURANT, INC. d/b/a GRASSFIELD'S FOOD & SPIRIT, a Massachusetts Corporation, OLD ARLINGTON RESTAURANT, INC. d/b/a JIMMY'S STEER HOUSE, a Massachusetts Corporation, OLD SAUGUS RESTAURANT, INC. d/b/a JIMMY'S STEER HOUSE, a Massachusetts Corporation, OLD SHREWSBURY RESTAURANT, INC. d/b/a JIMMY'S TAVERN & GRILL, a Massachusetts Corporation, OLD LEXINGTON RESTAURANT, INC., d/b/a MARIO'S ITALIAN RESTAURANT, a Massachusetts Corporation, <br><br>    Plaintiffs,<br>v.<br><br>FIREMAN'S FUND INSURANCE COMPANY, a California Company, and ALLIANZ GLOBAL RISKS UNITED STATES INSURANCE COMPANY, an Illinois Company.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that all of the Plaintiffs in the above-captioned matter, hereby appeal to the United States Court of Appeals for the First Circuit from the judgment entered in favor of the Defendants (Dkt. 39) and the underlying order allowing the Defendants' motion to dismiss in its entirety (Dkt. 38), both of which entered on March 24, 2021.

        /s/ Evan K. Buchberger
        THOMAS T. MERRIGAN, BBO # 343480
        J. TUCKER MERRIGAN, BBO # 681627
        EVAN K. BUCHBERGER, BBO # 686134
        **SWEENEY MERRIGAN LAW, LLP**
        268 Summer Street, LL
        Boston, Massachusetts 02210
        Tel.: 617-391-9001
        Fax: 617-357-9001
        tucker@sweeneymerrigan.com
        tom@sweeneymerrigan.com
        evan@sweeneymerrigan.com

        and

        /s/Allan Kanner
        ALLAN KANNER, Esq.
        CYNTHIA ST. AMANT, Esq.
        **KANNER & WHITELEY, LLC**
        701 Camp Street
        New Orleans, LA 70130
        Tel: (504) 524-5777
        Fax: (504) 524-5763
        a.kanner@kanner-law.com
        c.stamant@kanner-law.com

# CERTIFICATE OF SERVICE

       I, Evan K. Buchberger, hereby certify that a true copy of the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent by first-class mail to those indicated as non-registered participants on April 16, 2021.

                                                /s/ Evan K. Buchberger